PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ERICK A. MASON, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:16-cv-02734-CKD <br><br> JOINT STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended from October 4, 2017 to November 20, 2017. This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.

Defendant requests this extension due to her counsel's heavy workload. Defendant's counsel is currently responsible for conducting discovery in a personnel-related litigation pending before the Equal Employment Opportunity Commission, including conducting deposition of Complainant, and responding to an Information Request in an upcoming personnel-

related arbitration hearing. Defendant's counsel is also responsible for a Social Security appeal before the United States Court of Appeals for the Ninth Circuit and over 40 district court cases in variety of stages, including 8 other cases that require imminent briefing.

Defendant's counsel respectfully requests this additional time to expend the necessary time to review the record and to evaluate the issues Plaintiff raised, and to submit Defendant's response for review by this Court.

The parties further stipulate that all subsequent deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: October 2, 2017         /s/ Robert C. Weems*
                               (* As authorized via email on October 2, 2017)
                               ROBERT C. WEEMS

                               Attorney for Plaintiff

Dated: October 2, 2017         PHILLIP A. TALBERT
                               United States Attorney

                        By:    /s/ Beatrice Na
                               BEATRICE NA
                               Special Assistant United States Attorney

                               Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:   October 4, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE